Dear Judge Abrams:

My family is a victim of Haena Park's fraud with a total loss of $ 2.2 million invested which represents about 10% of the total loss to the victims of her crime. We are not able to attend the sentencing as we live outside of the US but we want to make sure our voices are heard and that you understand the devastation she has caused. We were invested since 2010 with Ms. Park and increased our investments twice in 2013 after receiving funds which we wanted to put away for our eventual retirement. Personally, I had known Ms. Park for a number of years before she began this fraudulent investment scheme and was lied to repeatedly throughout the process regarding everything from the nature of investments and number of investors, to her plans for creating a hedge fund to the provision of additional manufactured evidence in order to prove the assets she was managing and her successful returns. Ms. Park is not a simple thief. She is a serial liar who preyed on friends, family, associates and strangers in order to perpetuate her scheme. The damage she has caused to the lives of her investors is greater than any potential discomfort she will bear during her incarceration. She will lose her personal freedom for this time, while the financial devastation and the loss of financial freedom to her investors is many times greater and will take longer to recover from if that is even possible for some. There is no amount of time she can be incarcerated that will change the financial situation for those she defrauded and no way she will be able to pay the full restitution even if she works till the end of her life. You will likely read many impact statements and hear many stories from those hurt by her actions. The financial costs are clear in that she received and subsequently lost approximately $23 million dollars from friends, family and strangers over the course of over 6 years. The true cost is not just only financial but the damage she has done to our lives. Financially some will be able to replace what is lost and others will not, but the security we were all working for has been lost while we are all subject to emotional and psychological devastation.

Personally, with two children who plan to attend university in the future, we will have to save again for their secondary schooling if we can. For our retirement, that savings is gone and will have to be saved for again. Since we do not have a 401k as I work outside of the US, our retirement savings were held with Ms. Park and thus we will start over from scratch. With this said, we are one of the lucky ones though and must be thankful that we have our health even if we have lost our wealth. We are young enough to work although our retirement will come much later than would have been possible if these funds were not lost and our retirement will be very different without these funds. We will work harder and longer than we should have needed to if we were not victims of Ms. Park. This is not something we deserved nor any of her victims nor should our children have to be deprived due to Ms. Park's deceptions and theft. We are hardworking, conservative people who were deceived by someone we thought we could trust. Worse than this though is that we cannot replace our trust in people, our belief in the goodness of men/ women and we will never forget the lies we were told as we attempt to rebuild our trust in people all over again. This situation has changed the way we think about people and our trust in

people not to mention the division it has created within our family due to taking responsibility for this horrific situation. Personally, I am unable to look at things the same way ever again. I wake up in the middle of the night re-thinking how this could have happened and how I could have put my family at financial risk and how this can affect my children's future. I now feel I cannot trust things I am told and find I am always looking for the signs of lies. My inherit good nature and trust in fellow man has been obliterated. Occupationally, this effects my business relationships and how I approach my career. I know I am not alone in these feelings.

When you determine Ms. Park's sentence, please remember all the lives she has destroyed and that no amount of time incarcerated can change this. She preyed on the closest of relationships and those who could least afford to lose their life savings. Ms. Park could have admitted her failures early on and lessoned the loss to the first victims, but she chose not to do so and preyed on innocents till the very end, continuing to lose funds in her desperation to make back her losses. The victims cannot replace the funds lost regardless of the term of her incarceration. Ms. Park is a serial liar and thief who perpetuated this fraud by choice. She needs to be kept away from anyone she can hurt and it would be an injustice to allow her to spend anything less than the maximum time allowed incarcerated while her victims will never recover.

I ask you to remember that fraud is a felony which is no less devastating than others. In fact, due to the violation of trust, one could say it is a greater evil than other felonies. We implore you to impose the maximum sentence allowed by law. Ms. Park perpetuated her fraud till the very end and would have continued to do so if she was not caught. Please remember that what she has done not only has decimated the lives of her victims but destroyed the financial security for the next generation that many of us are responsible for.

Sincerely

Victim of Haena Park