It's my hope that this statement will serve to give you and the judge a glimpse into the toll Haena's fraud has brought upon my family, and to give color to the effect her fraud has had on our family finances.

We are angry, frustrated, disappointed, and feel like our trust has been violated. This puts a strain on our finances and is generally upsetting.

Here are some facts:

1. My friend [Redacted] told me about his investment with Haena and Argenta Funds around January 2014.

2. I was introduced to Haena Park and Phaetra by my good friend [Redacted] in January 2015. ([Redacted] is also a victim. [Redacted] is good friends with [Redacted], who is also a victim.)

3. I first spoke with Haena on the phone on 1/25/15. She told me about her fund. She stated that she was a quantitative trader who traded mostly in currencies and commodities. She told me the currency markets were very liquid and that she understood the machinations of those markets very well from her experience working at Goldman Sachs and Fortress Funds. She stated that she graduated from Harvard. She sent me info on historical returns, and about Argenta Funds.

4. She told me that she had opened her own fund about 3 years earlier and that her fund had performed well since she started. She stated that her average annual returns were "roughly 30% per year." And that she was net positive every year in the "about 25% to 35% range." She said that her trading strategy was to trade on micro-swings up and down. She seemed very smart.

5. After talking with my wife about investing with Haena, we decided to put in $1 million dollars with Haena. This represented a majority of our total savings.

6. In early February, 2015, I sold stocks and pooled my cash accounts. On Feb 2, 2015, I signed and executed the Phaetra Capital "Agreement of Investment" for $1M. Soon thereafter, on February 4, 2015, I wired $1,000,000 to Haena Park in two separate installments ($800,000 and then another for $200,000). All deposits cleared on Feb 11th, and Haena confirmed that she received my $1M I sent to her.

7. Starting in March, Haena routinely sent me the prior months tally of how the fund performed in the previous month. She usually emailed the account statements to me on the 4th or 5th of the month for the preceding month. Every month was positive returns from March 2015 through April 2016.

8. On June 3rd, my friend [Redacted] called me to tell me that Haena was totally fraudulent and had been arrested by the FCC.

Haena's deception has financially taken away the majority of the earnings that I had saved up for over 20 years. It was devastating. My wife and I felt foolish and suddenly, we were

worried. First, we cancelled our vacation to Thailand, and we looked into her case to see if she had any money that we could recover, and we were told that there was no money to recover. We have two teenagers who we hope will be going to college in the next handful of years, and we worry about the financial strain this will put on our plans to fund college for our children.

Please consider the pain and emotional strain this has put on our family when you consider her sentence for her crimes.

Thank you for your consideration.