## VICTIM IMPACT STATEMENT

Victim: ███████
USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

The following is my victim impact statement for the above referenced case.

I met the defendant, Haena Park, nearly twenty years ago through my sister ███ ███████. They were colleagues at Morgan Stanley. Ms. Park and my sister quickly became friends, partly due to our shared Korean heritage. Ms. Park became my sister's closest friend and through that connection became friendly with our entire family, including myself, our other sister, our parents, and extended family. She was invited to, and participated in family gatherings, birthday parties, weddings, and holiday celebrations. My family and I became fond of her and considered her a member of our family because of her friendship with ██ and her Korean background.

Ms. Park started her own fund and recruited my sister to work with her. Our family thought it was a great opportunity for them and we were optimistic that the fund would perform well because Ms. Park had been so successful at her previous positions at notable companies like Morgan Stanley and Goldman-Sachs. Due to the nature of our relationship with Ms. Park, and her recruitment of ██ my family and I never questioned the legitimacy of this fund.

My own investments in this fund began in 2012. Initially, I asked Ms. Park advice on investment vehicles and finance in general so I could make better choices for myself with my retirement funds. She did give me advice and she was a good teacher on the topics of finance and investment choices. She did not suggest that I invest in her own fund but it was around this time that Ms. Park initiated a friendship with me that was separate from ██ and the rest of my family. She invited me to dinner, wine tastings, and social gatherings with her and her boyfriend. We became quite friendly and she told me more than once that I was more like a sister to her than a friend. So when she suggested I invest in her fund, I agreed because she seemed so knowledgeable and I trusted her like family.

Initially I invested small amounts in her fund. As we became closer socially, she offered to invest more of my money in her fund. She was very clever about using financial events in the United States and the world to justify why I should take advantage of her investment strategies. Some examples include, *"Markets are already going crazy this year because of China, so it should be a good year for us; We had a good month based on all the crazy price actions; The big market mover has been crude oil falling big time and stock markets are starting to follow which will continue well into 2015; In fact, given the clarity in the market outlook for the next 6-9 month time period, it might make sense for you to put more cash to work with me depending on how much you have sitting around."* The monthly statements showed good returns, but nothing so incredible that it seemed unrealistic. And every statement included a personal note, asking about my health, my work, my family and often included a social invitation. She seemed so knowledgeable and trustworthy and the fund seemed to be performing well enough that I never questioned the fund's legitimacy. Following her advice, I eventually invested all of my liquid cash savings, and even liquidated my 401k, to invest in her fund. My entire family—parents, both sisters, and other family members- eventually invested in this fund. We thought we were so lucky to have someone as smart, trustworthy, and capable as Haena Park investing our money for us.

Financially, Ms. Park has depleted my entire cash savings including all the money I was saving for retirement. I had saved diligently for nearly twenty years and most of my savings were in Ms. Park's fund. Not only did I lose all of my savings, I accepted a lesser-paying position following her advice. A few months before her arrest, I had the option of taking a less stressful job but with a 30% salary cut. I asked for Ms. Park's advice to determine how such a reduction in salary would affect my financial future. She advised me to accept the position because I no longer needed to save for retirement. She assured me that my money would continue to grow in her fund and that even with the salary cut, I could probably retire by age 50. Trusting her advisement, I accepted the position. I am now 45 years old and instead of knowing that my retirement is secure, I have to begin saving all over again with greatly reduced flexible income. I will never be able to recover the money lost by Ms. Park and I am uncertain how I will save for retirement with my reduced salary. Additionally, my parents, who are already

retired, have no options for recovering the money they lost and are now financially more dependent on me and my sisters than before.

My family and I are emotionally and financially devastated by the betrayal of someone that we considered to be a beloved member of our family. When Ms. Park's arrest became public we were stunned. My own sister █ who worked with Ms. Park, had no knowledge that Ms. Park had solicited investments from people outside our family and that the fund was basically a Ponzi-type scam. We actually thought that Ms. Park must have been mistaken for someone else because we thought "our own Haena"--someone we have known and trusted for close to twenty years--could never be capable of such a heinous crime.

Ms. Park deliberately used her connection to my sister █ to manipulate me and my family members into investing in her fund. Even now, after a full year since her arrest, the reality of this situation and how it has adversely affected my sister █, my life, and the lives of my family often feels surreal. My financial and emotional health is ruined and I am not certain how I will ever recover.

