</2>

To the Honorable Judge Abrams
US Attorney's Office for the Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007

Dear Judge Abrams,

I am a victim of Park's Ponzi scheme. In fact, I am the victim she stole the most money from: a total of four million dollars. Park was still asking me for more money until the very last few days before her arrest. She was on a mission to wipe me clean of every dollar I had. She masterfully planned her Ponzi scheme by first becoming a good friend of mine. In one year, we traveled together to Canada, Finland, Sweden, South Carolina and Massachusetts. We would text or email each other very frequently, sometimes on a daily basis. She knew how to gain my trust quickly and she took advantage of it. I realize now that all these trips and texts and emails were nothing but a well-planned, staged scheme. She was never my friend. She only wanted my money and she put her Harvard psychology degree to use to execute her scheme.

Judge Abrams, the money that Park stole from me was not money that I inherited from rich parents. It was money that cost my flesh and bones. It was money that was supposed to cover my medical expenses and cost of living after a medical mistake in 2003 caused me to lose my 2 legs, my right hand, my hearing and the function my kidneys. In addition, I lost the use of most of my joints, experience cardiac arrhythmias, have had 24 surgical operations, more than 8 years of slow recovery and physical therapy. I also endure chronic pain and have a long list of medications including immunosuppressant medications after my kidney transplant surgery. Park convinced me that I needed to grow my money further so it could last me till old age, especially after my losses in the 2008 economic crisis. In order to convince me to invest in her hedge fund, she first had to convince me that another economic collapse similar to 2008 was on its way and that my money was neither safe in investment firms nor in banks. It was safest to put it in her hedge fund since her trading strategies would return more gains when the market was doing poorly. Like any reasonable individual, I first had my doubts and I invested seven hundred thousand dollars. Soon after I got to know her on an individual level. As a result of our growing friendship, I listened to her financial advice more and more. It turned out that I did not know her at all and that she was just plotting an act that I fell gravely for. I fell for acts that seemed to exemplify kindness, tenderness, affection and grace. How could I not trust someone who watched over me crossing the street, accompanied me all the way to my train, held my coffee so I could drink it when riding my wheelchair, cut my food into small pieces so I could pick it up with a fork and eat it, and gave up her acupuncturist appointments to help ease my chronic aches and pains. The list could go on and on. Judge Abrams can you see now why I would trust her with my money, my bones and flesh?

Park was periodically giving me financial advice as a "friend". For example, she reviewed my portfolio planned by another financial advisor and found numerous flaws with it. I ended up, of course, liquidating and giving the money to her. Why to her? First, because I developed personal trust and certitude in her and second, because she created in me the fear that another economic and financial collapse was coming and my money wouldn't be

safe in banks and financial corporations. In retrospect, now I can clearly see the monstrosity of her skillful plan.

I don't know if I will ever get closure. I am still mourning the financial devastation that she created. I do it almost daily – anytime I think about the future, my future as a disabled, wheelchair-dependent, triple amputee; anytime I think of my siblings and relatives that I was helping financially; anytime I think about my nieces I was putting through college; anytime I think that Park is still outside jail bars; anytime I think that she won't be in jail for long. She stole from all the victims around 30 million, so even if you sentence her for 10 years, she will be in jail 1 year for every 3 million she stole from us; or 15 months for the 4 million she stole from me alone. So yes, I am mourning again my irreplaceable loss – the loss of my limbs, my flesh, my bones, and my vital organs that will be valued at 15 months at most. Judge Abrams, how can I get closure? The devastation she created is not just financial; it is physical, emotional, spiritual and psychological. It is indescribable. It is insurmountable.

Park has pled guilty and her defense may paint a picture to make the damage look insignificant or seem like a mistake but I have faith in you seeing beyond and above any illusions. The defense or Park herself may bring up health factors to minimize her sentencing. As a physician myself I can assure you that Park is physically very healthy. She claimed to have an immune or allergy condition, a condition she got diagnosed at an extravagant health SPA: "Canyon Ranch" where a massage costs $350, and where Park was a frequent visitor, spending her victims' money, where each night at that SPA costs close to $2000. As a physician myself who knows a lot about allergy and immunology, I still wasn't able to understand what she really suffered from other than that she claimed certain food made her feel tired or drained from energy or some other nonsense claims related to her "mast cells". Judge Abrams, I am only bringing this up so you can compare these insignificant health factors if they are brought up to mine and to all the other victims who may not be suffering physically but are for sure emotionally, spiritually and psychologically devastated. I am asking you to look at the big picture, to look at our cases and to look at our losses. Until the last minute, Park was perpetuating her scheme. She thought she was above the judicial system and that she would never be caught; she may be carrying out her manipulative scheme further to decrease her sentencing. I hope she won't succeed. I have full faith in you and in our American justice system and that it will be very long before she is a free woman.

Sincerely yours,

