## VICTIM IMPACT STATEMENT

Victim: █████████████████

USAO Number: 2016R00648

Court Docket Number: 16-CR-00473

**We kindly request that this victim impact statement be sealed.**

June 1, 2017

United States Attorneys Office

Southern District of New York

One St. Andrews Plaza

New York, NY 10007

Please allow to describe a bit of my personal history, as it is relevant to my present comments.

My name is ████████████ I was born in India in 1942 and moved permanently to the United States over 53 years ago. I came to the U.S. to attend graduate school because I had a clear notion that if I was going to make progress in my life and if I was going to create a foundation to provide a long-standing and permanent improvement in my family members' lives, the best place in the world to do so was in the U.S.

After completing graduate school, I looked for a job in New York. I had no money. I drank a coffee for breakfast, skipped lunch, and ate a fast food hamburger for dinner until I was hired at my first job, where I earned $100 per week (about $730 per week in today's dollars).

From those difficult and uncertain beginnings, I became a citizen of the United States in 1989. I rose to the position of senior engineer at a Newark-based engineering firm. In 1993, I struck out on my own and started my own engineering firm. After many years of struggling with a new business, we started started growing in the mid-2000s and I am proud to say that today my firm employs over 20 people and we are a respected engineering firm in the wider tri-state area.

My point is this. The money that Haena stole from us is not "extra" or unneeded money. I do not come from a wealthy family. I did not inherit that money. Having that money is an incredibly recent development in my life. My wife ████ and I were not accustomed to having that kind of money. The money represented a good portion of the results from my life's work in pursuing the American dream. I can sincerely say that I am proud of my life and achievements.

But Haena stole that. Haena stole the better part of the lives we spent to work and earn for my wife, children, and grandchildren, and my wife spent taking care of our family together. Haena stole countless 60- and 70- hour work weeks from my life. Haena stole a big portion of the stability that I worked *incredibly hard* to build over 53 years of my working life. I am over 75 years old. And here I am explaining my life and the circumstances in which this money was taken from me to this court. I should not have to do this. I should also not have to continue working, instead of transitioning to retirement, because I am worried that the loss of the money will result in my requiring support from my children. And I refuse to become any kind of burden to my children.

I should be enjoying this time. I should be enjoying the fruits of my labor right now. I should be enjoying time with my wife, children, and grandchildren. I should feel relaxed and at peace. I should be all those things. But I am not, because of Haena's crime.


We first heard that something might be wrong with our investment with Haena when agents from the Department of Homeland Security and the Commodity and Futures Trade Commission came to my house and my wife opened the door. Imagine for a moment a 70+ year old woman answering the door and federal agents are standing there. My wife's heart dropped to the ground. My wife and I are too old to want to go through this experience. It is not how we imagined spending any part of our twilight years. A person who would do this to people of our age is a heartless person.

Also, I came to learn of Haena's "investment" from my son and his wife. What would have happened to my family if this caused a fight between either of them and me or my wife? It literally would have torn my family apart. At a time in my life when I would like to have the peace of knowing my wife and children are going to be taken care of when I am no longer here, Haena with her selfishness and arrogance and evil intentions could have destroyed that. I am proud to say that I stronger than her and I am a better person than her. My family is going to be okay, because we have depended on one another. My son and daughter-in-law know that we love them and we know they love us. I refuse to let her cause any more harm to us.

We feel the pain of my son and daughter-in-law who have had to endure this excruciating theft. We have also decided to not tell my second son, so that he will not worry about us. That also causes me pain. I have never lied to my children, but I am here in a circumstance where I am lying to my son (who was not involved as a victim) for the first time in my life.

Every time my wife and I think of the stolen money, we feel a pain and a loss. Of course, I cannot re-earn that money at my age. I can *only* think of it as a loss. How might my children and

grandchildren have benefitted from that money? It was the result of my decision to move to the U.S. That money should be a foundation for our family. It belongs to our family. We should have that money so if something happens to me, my wife will be okay financially. We should have that money so that our children can do more for our grandchildren than I could do for my children. It should not have been taken away from us so cruelly.

Sincerely,