Victim: ███████████
USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Impact of crime:

We are writing this letter because my husband and I were victims of Haena Park's fraud scheme. I hope with all my heart that it was not meant to be a scheme from the beginning but because her methods of investment growth were not working, she panicked and turned to illegal measures to make it look like we were making money. It grieves me to have to write this letter because we don't wish added harm to come to Haena. We do, however, feel she should face her wrongdoings head on and accept the consequences for such actions. I know she is sorry for what she has done, but that doesn't bring our retirement money back, nor does it bring back the investments many others entrusted to her.

We are not rich people and have endeavored to live lives with a good work ethic and a responsible attitude that shared what we made with the less fortunate around us. Because we both had small businesses of our own and also worked other jobs, (husband taught night school and worked as a computer technician) we were able to put a significant amount of money into our retirement account. At least, we felt it was a good amount. We are not prone to high living and just wanted to make sure we would not be a burden on our children in later years.

███ had a stroke in 2008 at the age of 50 and finally had to leave his full-time job in January of 2016. We now live on ███ Social Security disability and ███ Social Security. We did manage to pay off our mortgage so we don't have a house payment each month but covering all expenses with Social Security is a continual effort.

When ███ left his full-time job in 2016, we did receive the IRA that has built up from his time with the company and that is safely invested, so we are not left with absolutely no retirement funds. If we should have to have any type of long-term care, I am afraid it won't go very far. Because of ███ health history, it is certainly a concern. Because he has not been on disability for 2 years, we are forced to purchase health insurance for him at around $650.00 a month so that is an expense we were not expecting.

When we first invested with Haena, we were putting in small amounts of money from our surplus, but then she started encouraging us to move our IRA money over to her also. She felt that because we would be able to recoup our losses quickly, it would be worth it. Neither my husband nor I are especially good at investing money nor do we have much knowledge about the different aspects of the business and we felt that a trusted relative was a good place to trust, so we paid the taxes and penalties and moved our IRAs to Haena. In hindsight, we understand that we should not have done that but we had no reason to question her. She had paid us when we needed money to purchase a solar system for our

home without question and we were in contact with her monthly with nothing but encouraging words.

Truth be told, we did have people telling us not trust her with our money just because it wasn't guaranteed and a bit risky, but we really had no reason to not trust Haena and were very fond of her. Our other relatives had never had a problem with getting their money out when they needed it so we were not concerned in the least.

When we moved to our retirement home is when things broke down. We were planning to take our money from Haena to pay for our new home and then when our other home sold, pay it back. That is where things went wrong. The day it was supposed to close, Haena could not come up with the money even though I had been in contact with her for several weeks making sure that it would be there on time. We had already moved into our home because the owners had given us a key and they were headed to LA to their new home. When she couldn't send the money to escrow, things went terribly wrong. The other people couldn't get into their home because they didn't have money and we couldn't get the money for ours. This went on for two weeks, which was one of the most stressful times of my life. We felt terrible for the sellers because they were not able to move into their home without the money. Haena sent them $2,000 as an incentive to hang in there until she could get the money but all the while told us that it was a bank problem and government regulations that were messing things up. I guess she just didn't have the funds. I took $10,000 from our bank savings and sent it to the escrow company to show good faith. Everyone was yelling fraud but we insisted that we trusted Haena and that she would come through when she could. She seemed to be working on the problem night and day.

We had to hire an attorney take measures to write a new contract with the sellers that would let us use the money from our now sold home. We almost lost our home and would have had to move out again to a storage facility if they didn't accept this offer. Haena came through at the last moment before the whole deal fell through. Our realtor was beside himself and said he was in real trouble because he had even let us move into the home before closing. We paid rent for the time we were there before the close but didn't help the people who couldn't rent back in LA. I think it was a few months after this that we found out that Haena had been arrested for fraud.

Even writing this brings back memories that I wish I didn't have. Again, we forgive Haena but also wish that restitution could be made to all the people who trusted her.

Signed,