To Whom It May Concern:

I am writing this letter as a victim of Haena Park's ponzi scheme. I had been giving Ms. Park money over a three year period and eventually gave her my life savings which amounted to just over three million dollars.

What was so devastating about the theft is that I thought I knew Ms. Park very well. I travelled with her and introduced her to my closest friends. I thought she was my friend.

Now I know she was using me to extract more money from me – encouraging me to take a home equity loan out against my residence to give to her – which I did. Not only that, but she used me to get money from my friends. Every friend of mine that had some money to invest – even if it was money that was obtained from a terrible accident that left one in a wheelchair for the rest of his life – she took and kept taking. These relationships with my friends will never be the same.

As more details of her scheme emerged, I found out that the last installment that I gave her was one day before she was arrested, which stings very much. More importantly, however, is that even after she knew she was being investigated last spring she kept encouraging me to give her more money.

Needless to say, my life is forever changed. I hope that this letter will give a snapshot of the damage that her scheme caused. I hope that justice will be served.