Victim Impact Statement of ▮▮▮▮▮▮▮▮

My only request is that the following six quotes be read aloud at the sentencing hearing.

"Do you not know that there comes a midnight hour when every one has to throw off his mask?  Do you believe that life will always let itself be mocked?  Do you think you can slip away a little before midnight in order to avoid this?  Or are you not terrified by it?  I have seen men in real life who so long deceived others that at last their true nature could not reveal itself;... In every man there is something which to a certain degree prevents him from becoming perfectly transparent to himself; and this may be the case in so high a degree, he may be so inexplicably woven into relationships of life which extend far beyond himself that he almost cannot reveal himself.  But he who cannot reveal himself cannot love, and he who cannot love is the most unhappy man of all."
- Soren Kierkegaard, *Either/Or* II.146

"No man, for any considerable period, can wear one face to himself, and another to the multitude, without finally getting bewildered as to which may be the true."
--Nathaniel Hawthorne

"Is it possible for people to miss their lives in the same way one misses a plane?  And how is it that death, the nearness of death, can restore a missed life?"
--Walker Percy

"Have no fear of robbers or murderers. They are external dangers, petty dangers.  We should fear ourselves.  Prejudices are the real robbers; vices the real murderers.  The great dangers are within us.  Why worry about what threatens our heads or our purses?  Let us think instead of what threatens our souls."
--Victor Hugo

"I do not think that all who choose wrong roads perish; but their rescue consists in being put back on the right road.  A sum can be put right: but only by going back til you find the error and working it afresh from that point, never by simply going on.  Evil can be undone, but it cannot 'develop' into good.  Time does not heal it.  The spell must be unwound, bit by bit, 'with backward mutters of dissevering power' --or else not."
— C.S. Lewis, *The Great Divorce*

"The darker the night, the brighter the stars.  The deeper the grief, the closer is God."
--Fyodor Dostoyevsky