USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.

Name(s): ███████████

Signed: ███████████ Date: 6/20/2017

███████████ Date: 6/20/2017

Additional personal comments: _____

_____

_____

_____

USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.

Name(s): ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Signed: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   Date: **06-18-17**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   Date: _____

Additional personal comments: _____

_____

_____

_____

USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.


Name(s): ███████

Signed:                                    Date: April 26, 2017

USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.

Name(s): ███████

Signed: ███████                                            Date: 4/24/17

Additional personal comments: _____

_____

_____

USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.

Name(s): ███████████
Signed: ███████████                                         Date: 3/11/17
_____                      Date: _____

Additional personal comments: _____

USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.

Name(s): ███████████████████████████

Signed: ███████████████████████ Date: 3-7-17

███████████████████████ Date: 3-7-17

Additional personal comments: _____

USAO Number: 2016R00648
Court Docket Number: 16-CR-00473

Dear Judge Abrams,

We write you as victims of Haena Park to ask for clemency on her behalf.

Her crime is serious. We have all been hurt financially. Many of us had invested a significant portion of our total wealth and/or retirement assets. We have all been betrayed personally. Each one of us invested with Haena first and foremost because we had developed a relationship with her and trusted *her*—not her company, not her strategies, but her. That is why her fraud is so painful to us even beyond the monetary loss. That is why our anger and sadness exceed what we might have experienced losing our livelihoods to a faceless investment "scheme." That is also why we do not desire vengeance. We still care what becomes of Haena as a person and hope that she will find a path to redeem her life, that she will resolve to build in truth the integrity we wrongly attributed to her.

In that light, a prison sentence for Haena will *increase* our distress as her victims, not ameliorate it. Financial restitution via wage garnishment? Yes. Community service? Plenty. Professional counseling? Yes. Prohibition against any employment in financial services? Certainly. But prison? No. Instead, we entreat you to offer her suspended sentence if she will spell out a reasonable and sustainable plan to use her time for the good of herself and others and (to the extent she is allowed to work) to begin making amends financially, however slowly. And we trust that the court can set conditions and exercise proper oversight to ensure she adheres to that plan or adjusts it appropriately.

We do not claim to speak for all victims and understand that others may feel differently. Indeed, we have not attempted to contact victims systematically but have relied on only an informal network of our acquaintance to agree upon this letter. But speaking *as* victims, we respectfully request that you aid *our* healing by supervising Haena to find a path of healing and atonement, not by making her "pay" for her crime in a way that only deepens our loss as well.

Thank you for your consideration.

Name(s): ███████████████████ , ███████████████████

Signed: ███████████████████    Date: 9 MARCH 2017
███████████████████    Date: 9 MAR. 2017

Additional personal comments:

We strongly believe that a prison sentence would accomplish little in the furtherance of justice and would only intensify our pain. We also believe that Haena's crime has left her with moral obligations to her victims and to herself that will likely take most of her remaining life to fulfill. If she had denied her crime or had failed to demonstrate remorse or repentance for her actions, a prison sentence would be necessary to help her acknowledge the immensity of her crime. But she seems to have taken full responsibility for her wrongdoing. She has pleaded guilty. She has expressed to us personally her anguish and remorse for her "unforgivable" wrongs committed against us.

Given these considerations, we ask that you give Haena a suspended sentence—on condition that she commit to the responsibilities noted above, with the understanding that the court will monitor her fulfillment of those responsibilities.