USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HAENA PARK,

                Defendant.

No. 16-cr-473 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the Bureau of Prisons' decision to approve Defendant Haena Park's request to be transferred to home confinement pursuant to 18 U.S.C. § 3624(c), *see* Dkt. 62, the Court will not further address her motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* Dkt. 57, unless requested to do so. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 57.

Dated:     April 10, 2020
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge