USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-cr-473 (RA) |
| v. | ORDER |
| HAENA PARK, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

     As discussed on this morning's conference call, no later than **12:00 p.m. today**, the Government shall advise the Court whether it will waive the remaining time left – approximately three days – for Ms. Park to exhaust her administrative remedies, even if the Government continues to object to her motion for compassionate release.

SO ORDERED.

Dated:    April 24, 2020
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge