USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HAENA PARK,

Defendant.

16-CR-473 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 12, 2021, the Court received a letter from victims in this case requesting "that the Court order the government to provide a complete accounting and the immediate disbursement of Ms. Park's seized assets, plus accrued interest to the victims of this case as restitution." No later than May 7, 2021, the Government shall file a response to this request.

SO ORDERED.

Dated: April 22, 2021
       New York, New York

RONNIE ABRAMS
United States District Judge