# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 9, 2021

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   **United States v. Haena Park**,
          **16 CR. 473 (RA)**

Dear Judge Abrams:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to return Ms. Park's passport to her. Ms. Park's passport was surrendered to Pretrial Services during the pendency of her criminal case. Mr. Park since has served her prison sentence and is currently under the supervision of the Probation Department. Pretrial Services has informed my office that they can only release Ms. Park's passport pursuant to a Court order. We thus respectfully request that the Court order the release of her passport.

                                          Respectfully submitted,

                                          /s/ Julia Gatto
                                          Julia Gatto
                                          Assistant Federal Defender
                                          (212) 417-8750

                                          SO ORDERED:

                                          _____
                                          **HONORABLE RONNIE ABRAMS**
                                          **United States District Judge**

                                          June 14, 2021