UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 16-CR-473 (RA) |
| HAENA PARK, | <u>ORDER</u> |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court has received a letter dated November 5, 2021 from the victims in this case, once again requesting that the Court order the Government to provide "a complete accounting and the immediate disbursement of Ms. Park's seized assets, plus interests to the victims of this case." The Court received a similar letter on April 12, 2021. Dkt. 74. After requiring the Government to respond, the Court received several status updates as to restitution, including a May 30, 2021 letter stating that the Money Laundering and Asset Forfeiture Section had granted the restoration request from the U.S. Attorney's Office for application of the net proceeds of the assets forfeited in the case towards satisfaction of the restitution order entered on July 11, 2017. Dkt. 78. There were no further updates as to restitution.

No later than December 14, 2021, the Government shall file a response to the November 5, 2021 letter.

SO ORDERED.

Dated:   November 30, 2021
         New York, New York

_____
RONNIE ABRAMS
United States District Judge